**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN YELLE,

                Plaintiff,                      18 **CIVIL** 10927 (PMH)

       -against-                       **JUDGMENT**

MOUNT ST. MARY COLLEGE,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 5, 2020, the Court on October 29, 2020, heard oral argument via videoconference on Defendant's motion for summary judgment (Doc. 35); on November 5, 2020, the Court issued a bench ruling; for the reasons indicated on the record, the motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           November 5, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                          **Clerk of Court**
                                          **BY:**
                                                          **Deputy Clerk**