UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN YELLE,

                         Plaintiff,

    -against-

MOUNT ST. MARY COLLEGE,

                         Defendant.
------------------------------------------------------------------X

Civil Action. No. 7:18-cv-10927 (PMH)

**NOTICE OF APPEAL**

## NOTICE OF APPEAL

PLAINTIFF JOHN YELLE HERE APPEALS from the District Court's grant of Summary Judgment under Federal Rule of Civil Procedure 56 and the subsequent denial of Plaintiff's motion pursuant to F.R.C.P 59(e) - the latter fashioned and titled as a "Motion for Reconsideration Pursuant to F.R.C.P 59(e)" as submitted to the District Court and as a Memorandum in Support of that Motion. Plaintiff filed the Motion under Rule 59 (e) on December 1, 2020 to reconsider and review the applicable law as applied to the facts in the District Court's grant of Summary Judgment and entry of Judgment for Defendant on November 5, 2020. Pursuant to Federal Rule of Appellate Procedure Rule 4 (a)(4)(iv) and its provisions permitting tolling of the time for appeal from the entry of order denying any alteration of the Judgment under Rule 59, Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's underlying entry of Summary Judgment for the Defendant on November 5, 2020 and the denial of Plaintiff's Rule 59 (e) Motion on January 28, 2021.

Dated:  February 24, 2021
       Goshen, New York

                                                                                   Respectfully submitted,

                                                                                   Michael Ranis, Esq. (#3757)

<u>*s/Michael Ranis*</u>

ATTORNEY AT LAW

Atty. for PLAINTIFF JOHN YELLE

Co-Lab Goshen  
45 St. John Street  
Goshen, NY  10924  
mranislaw@gmail.com  
(914) 584-6445